IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. PISKANIN,** | : | **CIVIL NO. 1:15-CV-1891** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN WETZEL, SECRETARY AND BOARD, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, WEXFORD MEDICAL CONTRACTOR,** | : | |
| | : | |
| **Respondents** | : | |

## **ORDER**

AND NOW, this 9th day of November, 2015, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 4) is GRANTED for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

3. All other pending motions (Docs. 5, 7, 8) are DISMISSED.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania